IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TORREN JERMAINE DENNIS,

　　　　Appellant,

v.　　　　　　　　　　　　　　Case No.　5D22-1903
　　　　　　　　　　　　　　　LT Case No.　2018-CF-000778

STATE OF FLORIDA,

　　　　Appellee.

_____/

Decision filed January 24, 2023

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Torren J. Dennis, Bonifay, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

　　　AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.